IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Annie Curry, | ) | |
| | ) | Civil Action. No. 3:10-cv-02719-JMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **OPINION AND ORDER** |
| | ) | |
| Michael J. Astrue, Commissioner | ) | |
| of the Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the court upon motion of the Plaintiff, through her attorney, Paul
Townsend McChesney, for an award of attorney's fees under the Equal Access to Justice Act
("EAJA"), 28 U.S.C. § 2412(d) and the Social Security Act, 42 U.S.C. § 406(b). The record reflects
that Plaintiff was the prevailing party in this action for social security disability benefits and
supplemental security income, and her net worth is less than $2 million.  On December 7, 2011,
Counsel for the Plaintiff, Paul Townsend McChesney ("Counsel"), filed a motion for attorney's fees
and costs [Doc. 25] pursuant to the Social Security Act, 42 U.S.C. § 406(b).  The motion seeks
reimbursement for Counsel's representation in the captioned matter in the amount of  $3,838.44,
which amounts to less than twenty-five percent (25%) of the past-due benefits withheld by the Social
Security Administration for attorney's fees.  Defendant's response to Plaintiff's Motion for Attorney
Fees under EAJA and 42 U.S.C. § 406(b) [Doc. 27] notifies the court that he does not oppose
Plaintiff's request for fees in the amount stated herein pursuant to the EAJA.

The court has reviewed Counsel's fee petition and the signed fee agreement that was
submitted with the petition, and finds Counsel's request for fees reasonable.

1

Therefore, the Plaintiff is entitled to an award of attorney's fees under the EAJA in the amount of $3,838.44 for costs and expenses.

**IT IS SO ORDERED.**

*J. Michelle Childs*

United States District Judge

Greenville, South Carolina
May 30, 2012